900 P.2d 1312

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Paglinawan | 17874 | 6/01/95 | Affirmed |
| State v. Rauschenburg | 18243 | 6/01/95 | Affirmed |
| State v. Gosney | 18127 | 6/01/95 | Affirmed |
| State v. Macias | 17780 | 6/02/95 | Affirmed |
| State v. Simard | 16801, 17121 | 6/02/95 | Affirmed |
| State v. Gregory | 17582 | 6/06/95 | Affirmed |
| State v. Craig | 16924 | 6/06/95 | Reversed |
| State v. Reis–Moniz | 18325 | 6/06/95 | Affirmed |
| Su'a v. State | 17362 | 6/08/95 | Affirmed |
| Farmer v. Tanaka | 16975 | 8/03/95 | Reversed |
| Kreizenbeck v. State | 16689 | 8/08/95 | Affirmed |
| State v. Kim | 16912 | 8/14/95 | Affirmed |
| State v. Monalim | 18009, 18076 | 8/14/95 | Affirmed |
| State v. Hill | 18649 | 8/24/95 | Affirmed |
| State v. Hara | 18469 | 8/24/95 | Affirmed |
| Paiz v. Tanaka | 17147 | 8/28/95 | Affirmed |
| State v. Pangelinan | 16674 | 8/28/95 | Vacated and Remanded |
| State v. Pohina | 16796 | 8/28/95 | Affirmed |
| State v. Kaluna | 17829 | 8/28/95 | Affirmed |
| State v. Kuwaye | 18049 | 8/29/95 | Affirmed |
| State v. Cardenas | 17109 | 8/29/95 | Affirmed |
| State v. Lau | 16933 | 8/30/95 | Affirmed |
| Espirito v. Pacific Warehouse, Inc. | 16805 | 8/30/95 | Vacated and Remanded |
| State v. Robinette | 18458 | 8/31/95 | Affirmed |
| State v. Coronel | 17908, 17998 | 8/31/95 | Dismissed |
| State v. Farage | 18403 | 8/31/95 | Affirmed |
| State v. Paulo | 18191 | 8/31/95 | Reversed |
| Chung v. Admin. Director | 18262 | 8/31/95 | Affirmed |